UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.M.,

                                    Plaintiff,

              -against-

Volvo Car Financial Services US, LLC,

                                    Defendant(s).

25-CV-7520 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

     Plaintiff has moved to proceed pseudonymously, citing potential professional concerns. Dkt. 2. That motion is GRANTED provisionally, subject to any objections that defendant might raise.

     SO ORDERED.

Dated: October 17, 2025
     New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge