UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.M., <br><br> Plaintiff, <br><br> -against- <br><br> Volvo Car Financial Services U.S, L.L.C., <br><br> Defendant. | 25-CV-7520 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hold a telephonic hearing to address the pending motions as well as any pathway to resolution of this case. The hearing will take place on **Friday, November 14 at 11:00 AM**. The parties should dial in by calling in by calling (646) 453-4442 and entering the Phone Conference ID: **697 910 404**, followed by the pound (#) sign.

    The parties are ORDERED to meet and confer beforehand for at least 30 minutes to discuss potential resolutions to these pending motions and this case.

    SO ORDERED.

Dated: November 7, 2025
       New York, New York

                                                              ARUN SUBRAMANIAN
                                                              United States District Judge