UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.M.,<br><br>    Plaintiff,<br><br> -against-<br><br>VOLVO CAR FINANCIAL SERVICES US, L.L.C.,<br><br>    Defendant. | 25-CV-7520 (AS) (RFT)<br><br>**ORDER SCHEDULING<br>PRE-SETTLEMENT<br><u>TELEPHONE CONFERENCE</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE: This case has been referred to me for settlement purposes on **Friday, November 14, 2025**.

  A telephone conference will be held on **Tuesday, November 25, 2025, at 2:00 P.M.,** to discuss scheduling a settlement conference. The parties are directed to review Judge Tarnofsky's Individual Practices at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky concerning settlement conferences before the call. The Courtroom Deputy will email pro se plaintiff and counsel for defendant the conference details.

DATED: November 17, 2025
     New York, NY

                    SO ORDERED.

                    _____
                    **ROBYN F. TARNOFSKY**
                    United States Magistrate Judge