UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| M.M.,<br><br>               Plaintiff,<br><br>   -against-<br>Volvo Car Financial Services US, L.L.C.,<br><br>               Defendant. | 25-CV-07520 (AS) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Tuesday, December 16, 2025 at 2:00 p.m.**  in Courtroom 9B at 500 Pearl Street, New York, NY.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **December 9, 2025**, **at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  November 25, 2025                  SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge