UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.M.,

Plaintiff,

-against-

VOLVO CAR FINANCIAL SERVICES, U.S., LLC,

Defendant.

25-CV-7520 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record at the August 31, 2026 hearing, Volvo's motion to compel arbitration is DENIED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 12.

After the Court issued its ruling, both parties consented to individual conferences with the Court to discuss settlement. As part of those conversations, plaintiff made a new settlement demand which was communicated to counsel for defendant, who represented that he would discuss the new demand with his client. Because of the upcoming holiday, defendant requested 14 days to respond. Within 14 days, defendant should respond to plaintiff's new settlement demand.

SO ORDERED.

Dated: August 31, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge